UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANICE E. NEWCOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-cv-1230 |
| v. ) | |
| ) | Judge Sharp |
| ALLERGY AND ENT ASSOCIATES ) | |
| OF MIDDLE TENNESSEE, P.C., ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, Defendant's motion for summary judgment (Docket No. 34) is hereby GRANTED with respect to all of Plaintiff's claims. All other pending motions are hereby DENIED AS MOOT. This action is hereby DISMISSED WITH PREJUDICE.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1